No. 16,325.

BROWN *v.* ROYAL GORGE POST No. 4061, VETERANS OF
FOREIGN WARS, ET AL.

(224 P. [2d] 658)

Decided October 30, 1950.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. B. E. MADDEN, Mr. J. HARRISON HAWTHORNE, for
plaintiff in error.

Mr. FRANK G. STINEMEYER, Mr. EDWIN H. STINEMEYER,
of counsel, for defendants in error.